IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WAYNE MARTIN, as the Personal
Representative of the Estate of Mary Martin,

    Plaintiffs,

vs.                                  CASE NO.: 1:07cv221-SPM/AK

NATIONAL HOUSING PARTNERSHIP, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 10) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 14th day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge